

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00355-CV

_____

C&S CABINETS, INC., Appellant

V.

LUIS URQUIZA, Appellee

On Appeal from County Court at Law No. 3
Tarrant County, Texas
Trial Court No. 2019-007258-3

Before Womack, J.; Sudderth, C.J.; and Wallach, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION AND JUDGMENT

We have considered appellant's "Notice of Settlement and Motion for Voluntary Dismissal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: December 17, 2020